**2014–0210. Weatherford v. LaRose.**
In Habeas Corpus. On petition for writ of habeas corpus of Charles Ray Weatherford Jr. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2014–0240. DeNoma v. Kasich.**
In Habeas Corpus. On petition for writ of habeas corpus of Anthony DeNoma. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2014–0300. Pegg v. Mausser.**
In Habeas Corpus. On petition for writ of habeas corpus of Maurice Pegg. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2014–0306. Culberson v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Katrina Culberson. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2014–0326. State ex rel. Arnold v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of David Arnold. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2014–0388. Zeune v. Pineda.**
In Habeas Corpus. On petition for writ of habeas corpus of Rodney D. Zeune. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, and O'Neill, JJ., concur.

French, J., not participating.

**2014–0416. State ex rel. Irbey v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Chad Irbey Sr. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2014–0429. Chappell v. Morgan.**
In Habeas Corpus. On petition for writ of habeas corpus of Ronald Chappell. Sua sponte, cause dismissed. On petitioner's motion to amend petition for writ of habeas corpus and motion to expedite decision. Motions denied.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2014–0553. State ex rel. Shue v. Croft.**
In Mandamus. On motion to dismiss. Alternative writ granted. The following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05: The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after the filing of respondent's brief.

Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

O'Connor, C.J., dissents and would grant the motion to dismiss.

**2014–0557. State ex rel. Evans v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. Upon consideration of respondent's answer and motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Relator's motion for order deeming legal conclusions to be admitted or for partial default is denied. Cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.